IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RUNNEL LEE RILEY and**
**IVONNE SUHAY-RILEY,**

      **Plaintiffs,**

vs.                                                                           **No. CIV-06-1152 MCA/WDS**

**SAXON MORTGAGE SERVICES, INC,;**
**EQUIFAX INFORMATION SERVICES LLC;**
**and TRANS UNION LLC,**

      **Defendants.**

**ORDER**

THIS MATTER comes before the Court on Defendant Equifax Information Services, LLC's Motion for Admission *Pro Hac Vice* of Lewis P. Perling (Docket No. 29). Plaintiff opposes the motion on the basis that Mr. Lewis had been sanctioned for a discovery violation in a federal court in Texas while representing this defendant. Plaintiff also complains that Defendant did not disclose in his papers that he had previously sanctioned and that this omission was noted by a federal court in Rhode Island. Plaintiff also complains of Defendant's failure to contact opposing counsel before filing the motion. Plaintiff's counsel noted his opposition to Mr. Lewis' participation at the Rule 16 scheduling conference and Defendant noted that opposition in its brief, thus the purpose of the confer requirement was met in this instance. While the opposing brief raises some concern with the Court about counsel's willingness to strictly adhere to our rules, the Court does not believe the matters raised are of such gravity as to deny the motion, especially given the lack of specific disclosure requirements under our local rules.

IT IS THEREFORE ORDERED that Defendant Equifax Information Services, LLC's

Motion for Admission *Pro Hac Vice* of Lewis P. Perling (Docket No. 29) is granted with the additional requirement that Mr. Lewis certify to this Court within 10 days of the date of this order that he has fully read, understands, and will fully comply with the Local Civil Rules of the United States District Court for the District of New Mexico.  Mr. Lewis may participate in the previously scheduled settlement conference set for April 25, 2007, notwithstanding the need for the certificate as set out above.

                                              **W. DANIEL SCHNEIDER**
                                              **United States Magistrate Judge**