# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RUNNEL LEE RILEY**, and
**IVONNE SUHAY-RILEY**,

    Plaintiffs,

vs.                                  No. CIV 06-1152 MCA/WDS

**SAXON MORTGAGE SERVICES, INC.**,
**EQUIFAX INFORMATION SERVICES, LLC**, and
**TRANS UNION LLC**,

    Defendants.

## FINAL ORDER

**THIS MATTER** comes before the Court following the *Stipulated Notice of Dismissal with Prejudice* [Doc. 120] as to Defendants Equifax Information Services LLC and Trans Union LLC filed on December 13, 2007, and the *Stipulated Order Dismissing Defendant Saxon Mortgage Services, Inc. With Prejudice* [Doc. 94] filed on June 21, 2007. Being fully advised in the premises, the Court enters this final order pursuant to Fed. R. Civ. P. 58 dismissing this action with prejudice as to all claims and all parties.

**SO ORDERED** this 14th day of December, 2007, in Albuquerque, New Mexico.

                                                **M. CHRISTINA ARMIJO**
                                                **UNITED STATES DISTRICT JUDGE**